# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>    Plaintiff,<br><br>v.<br><br>J. HERNANDEZ,<br><br>    Defendant. | Case No. 1:19-cv-00616-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>(Doc. 4)<br><br>TWENTY-ONE (21) DAY DEADLINE |

Plaintiff, Allen Hammler, is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On May 13, 2019, the Court ordered Plaintiff to submit an application to proceed *in forma pauperis* or pay the filing fee within 45 days, and enclosed the proper form for Plaintiff's use. (Doc. 4.) Although more than 45 days have passed, Plaintiff has failed to file an application to proceed *in forma pauperis*, pay the filing fee, or respond to the May 13, 2019, order in any manner.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide, "[f]ailure of counsel, or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions, including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to

1

comply with local rules.  *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause **within twenty-one (21) days** of the date of service of this order why the action should not be dismissed for his failure comply with the May 13, 2019 order; alternatively, Plaintiff may file an application to proceed *in forma pauperis* or pay the filing fee. **Plaintiff's failure to comply with this order will result in recommendation that this action be dismissed for is failure to obey the Court's order.**

IT IS SO ORDERED.

Dated:   **July 15, 2019**                                    /s/ *Sheila K. Oberto*
                                                                                   UNITED STATES MAGISTRATE JUDGE