# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>    Plaintiff,<br><br>v.<br><br>J. HERNANDEZ,<br><br>    Defendant. | 1:19-cv-00616-SKO (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO SUBMIT APPLICATION TO PROCED *IN FORMA PAUERIS* OR PAY THE FILING FEE**<br><br>(Docs. 8, 9)<br><br>30-DAY DEADLINE |

On July 15, 2019, the Court ordered Plaintiff to show cause why this action should not be dismissed based on his failure to comply with the court's order to file an application to proceed *in forma pauperis* or to pay the filing fee. (*See* Docs. 4, 8.)

On July 18, 2019, Plaintiff, filed a motion to extend time to file an application to proceed *in forma pauperis*. In light of Plaintiff's reasons for requesting the extension of time, the order to show cause will be discharged. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

The order to show cause, that issued on July 15, 2019, is discharged. Plaintiff is granted thirty (30) days from the date of service of this order in which to file an application to proceed *in forma pauperis* or pay the filing fee.

IT IS SO ORDERED.

Dated: __**July 29, 2019**__                      /s/ *Sheila K. Oberto*
                                                                               UNITED STATES MAGISTRATE JUDGE