UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALLEN HAMMLER, | Case No. 1:19-cv-00616-ADA-SKO (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF |
| J. HERNANDEZ, | |
| Defendant. | (ECF No. 47) |

Plaintiff Allen Hammler ("Plaintiff") is a state prisoner, proceeding *pro se* and *in forma pauperis*, in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 1, 2022, the assigned Magistrate Judge issued findings and recommendations, recommending that Plaintiff's motion for injunctive relief be denied. (ECF No. 47.) Plaintiff was afforded 14 days to file objections. (*Id*. at 6.) Plaintiff did not file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

///

///

///

Accordingly,

1. The findings and recommendations issued on August 1, 2022 (ECF No. 47) are ADOPTED in full; and
2. Plaintiff's motion to for injunctive relief (ECF No. 44) is DENIED.

IT IS SO ORDERED.

Dated:   October 5, 2022

UNITED STATES DISTRICT JUDGE

2