UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>           Plaintiff,<br><br>   v.<br><br>J. HERNANDEZ,<br><br>           Defendant. | Case No. 1:19-cv-00616 SKO (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO DEPOSE PLAINTIFF AND TO FILE DISPOSITIVE MOTION**<br><br>(Doc. 59) |

**I.      INTRODUCTION**

In its Discovery and Scheduling Order issued November 2, 2022, the Court set the discovery deadline on April 2, 2023, and the deadline for the filing of pre-trial dispositive motions on June 5, 2023. (Doc. 57.)

On March 23, 2023, Defendant Hernandez filed a motion seeking to extend the deadline within which to take Plaintiff's deposition to June 5, 2023, and the deadline for filing a pre-trial dispositive motion to August 4, 2023. (Doc. 59.) The motion is supported by the Declaration of Ari J. Sheps. (*Id*. at 4-5.)

Defendant states Plaintiff's deposition was originally scheduled for January 9, 2023; however, when technical video difficulties occurred, Plaintiff became frustrated and returned to his cell. (Doc. 59 at 2.) The deposition was canceled due to Plaintiff's failure to appear, (*id*.), and was rescheduled for March 3, 2023, and then to March 23, 2023, at defense counsel's request due to

unforeseen circumstances. (*Id.*) On March 23, 2023, at 8:59 a.m., defense counsel received a call from litigation staff at Plaintiff's institution that the 9 a.m. deposition could not proceed due to "an event occurring within the prison" limiting "non-essential movement throughout the facility" due to safety concerns. (*Id.*) The March 23, 2023, deposition was therefore canceled. (*Id.*)

Defense counsel has requested a new date to conduct Plaintiff's deposition; however, the facility has not yet provided counsel with a new date and the "next available opening to depose Plaintiff may very well be weeks away." (*Id.* at 3.) Because Defendant must provide Plaintiff with 14 days' notice, counsel seeks an extension of the discovery cut off date from April 2, 2023, to June 5, 2023. (*Id.*) Additionally, defense counsel states that the need to rely upon Plaintiff's deposition to "evaluate and draft any potential pre-trial dispositive motion," requires an extension of the dispositive motion deadline from June 5, 2023, to August 4, 2023. (*Id.*)

## II.     CONCLUSION AND ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that the Discovery and Scheduling Order be **modified** as follows:

1. The deadline for the completion of all discovery, including Plaintiff's deposition and the filing of motions to compel, is extended from April 2, 2023, **to June 5, 2023**; and
2. The deadline for filing pre-trial dispositive motions is extended from June 5, 2023 **to August 4, 2023**.

**No further extensions of time will be entertained absent a showing of good cause. Any request for an extension of time for any deadline set forth above must be filed at least two weeks prior to expiration of the deadline**.

IT IS SO ORDERED.

Dated:     **March 24, 2023**            /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE