UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>            Plaintiff,<br><br>     v.<br><br>J. HERNANDEZ,<br><br>            Defendant. | Case No. 1:19-cv-00616 SKO (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO VACATE PRETRIAL DISPOSITIVE MOTION FILING DEADLINE**<br><br>(Doc. 68) |

### I.     RELEVANT BACKGROUND

On May 31, 2023, Defendant Hernandez filed a motion for terminating sanctions for Plaintiff's willful failure to participate in a deposition. (Doc. 64.) When Plaintiff failed to file a timely opposition or statement of non-opposition, this Court issued its Order to Show Cause (OSC) In Writing Why Action Should Not Be Dismissed For Failure To Obey Court Orders. (Doc. 65.)

On July 6, 2023, Plaintiff filed a motion for a 30-day extension of time within which to file an opposition to Defendant's motion. (Doc. 66.) On July 7, 2023, the Court issued an order discharging the OSC and partially granted Plaintiff's motion; Plaintiff was ordered to file his opposition within 21 days of the date of service of the order. (Doc. 67.)

On July 12, 2023, Defendant filed a Motion to Vacate Scheduling Order Dates. (Doc. 68.)

//

## II. DISCUSSION

Defendant moves the Court to vacate the dispositive motion filing deadline of August 4, 2023.[1] (Doc. 68 at 3.) Defendant states the motion to impose terminating sanctions is pending before the Court, and Plaintiff was recently granted an extension of time within which to file an opposition. (*Id*. at 3-4.) Defendant asserts that should the Court grant Defendant's motion, no dispositive motion will be required, but if the Court denies Defendant's motion in its entirety, Defendant will "require additional time in which to assess the viability of a dispositive motion without having the benefit of Plaintiff's deposition." (*Id*. at 4.) Defendant asks the Court to vacate the dispositive motion deadline and, if necessary, to reset the deadline after the motion for terminating sanctions has been resolved. (*Id*.)

## III. CONCLUSION AND ORDER

For good cause shown, **IT IS HEREBY ORDERED** that:

1. The August 4, 2023, deadline for the filing of pretrial dispositive motions is **VACATED**;
2. The Court will reset the deadline for the filing of dispositive motions, if necessary, after Defendant's motion for terminating sanctions has been resolved by the Court.

IT IS SO ORDERED.

Dated:   **July 13, 2023**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The dispositive motion deadline was originally set for June 5, 2023. (Doc. 57.) On March 24, 2023, the Court extended that deadline from June 5, 2023 to August 4, 2023. (Doc. 60.)