UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>        Plaintiff,<br><br>    v.<br><br>J. HERNANDEZ,<br><br>        Defendant. | Case No. 1:19-cv-00616 SKO (PC)<br><br>**ORDER RESOLVING PLAINTIFF'S REQUEST FOR CLARIFICATION**<br><br>(Doc. 100) |

Plaintiff was proceeding pro se and *in forma pauperis* in this now closed civil rights case.

**I.**     **INTRODUCTION**

On September 10, 2024, the Court issued its Order Regarding Cross Motions for Summary Judgment, granting Defendant's summary judgment motion and denying Plaintiff's motion for summary judgment. (Doc. 96.) Judgment was entered that same date. (Doc. 97.)

On September 16, 2024, Defendant submitted a bill of costs. (Doc. 98.)  On December 2, 2024, the Clerk of the Court taxed costs in the amount of $4,194.45. (Doc. 99.)  On February 10, 2025, Plaintiff filed an untitled document—docketed as a "Request for Clarification"—asking whether "ECF No. 99" operates "as some fee" he is "to be made to pay. Please inform." (Doc. 100.)

The Court now addresses Plaintiff's request.

## II. DISCUSSION

Rule 54(d) of the Federal Rules of Civil Procedure provides, in pertinent part, that "costs – other than attorney's fees – should be allowed to the prevailing party." Fed. R. Civ. P. 54(d). And this Court's Local Rules provide: "Within fourteen (14) days after entry of judgment or order under which costs may be claimed, the prevailing party may serve on all other parties and file a bill of costs conforming to 28 U.S.C. § 1924. The cost bill shall itemize the costs claimed and shall be supported by a memorandum of costs and an affidavit of counsel that the costs claimed are allowable by law, are correctly stated, and were necessarily incurred." *See* Local Rule 292(b). Objections "against whom costs are claimed may, within seven (7) days from the date of service, file specific objections to claimed items with a statement of grounds for objection." *See* Local Rule 292(c).

Here, prevailing party Defendant Hernandez filed a complete and timely bill of costs, seeking $4,194.45 associated with "printed or electronically recorded transcripts necessarily obtained for use in the case," (*see* Doc. 98), specifically, the fees associated with taking Plaintiff's depositions (Doc. 98-1 at 1-11). Plaintiff did not file any objections. The Clerk taxed costs in the sum of $4,194.45 against Plaintiff, (Doc. 99), and Plaintiff is subject to the enforcement of those costs.

## III. CONCLUSION AND ORDER

Based on the foregoing, the Court **HEREBY ORDERS** that Plaintiff's filing submitted February 10, 2025 (Doc. 100) is **RESOLVED**. This action remains closed, and no further filings will be entertained.

IT IS SO ORDERED.

Dated:     **May 28, 2025**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE

2